**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00039-CV**

_____

**DWAIN MARKHAM AND DEANA MARKHAM, Appellants**

**V.**

**THE BANK OF NEW YORK, Appellee**

**On Appeal from the County Court**
**Hardin County, Texas**
**Trial Cause No. 6896**

**MEMORANDUM OPINION**

The appellants, Dwain Markham and Deana Markham, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____

STEVE McKEITHEN
Chief Justice

Submitted on April 18, 2018
Opinion Delivered April 19, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.